# LAW OFFICE OF MOHAMMED GANGAT

(718) 669-0714 ✦ 675 3rd Ave, Ste 1810, NY, NY 10017 ✦ mgangat@gangatpllc.com

August 20, 2019

via ECF

Hon. Robert M. Levy, U.S. M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Quinones v. Five Stars of Brooklyn Incorporated, et al.
           1:19-cv-00512-ENV-RML

To the Hon. Robert M. Levy:

    I am counsel for plaintiff Francisco Quinones ("Plaintiff").  I write to inform the Court that counsel for defendants has contacted me and told me he will file a notice of appearance and consent to the jurisdiction of the magistrate judge for all purposes in this action.

    After counsel has appeared, I will file the consent to magistrate form.  I expected counsel to appear last week, and am informed that he will appear this week.

    For these reasons, I respectfully request that Your Honor not issue a report and recommendation with respect to the pending Cheeks motion.

    As always, I thank the Court for its time and consideration.

Respectfully Submitted,

Mohammed Gangat

cc:    Morris Fateha, Esq.